UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATRIEL MARQUIS BULLEY,<br><br>Defendant. | No. 1:13-CR-008-WFN-10<br><br>ORDER GRANTING MOTION AND DIRECTING PREPARATION OF A SUPPLEMENTAL PRETRIAL REPORT |

Before the Court is the Defendants "Motion for Reconsideration of Pretrial Release Order and Request for Supplement Pretrial Services Report," **ECF No. 1782.** For good cause shown,

The portion of the Motion that asks for a Supplemental Pretrial Services Report is **GRANTED.**

The United States Probation Office is directed to work with defense counsel to contact the Defendant's father and investigate his home as a potential residence for the Defendant Katriel Marquis Bulley.

Defense counsel is directed to refile his Motion for Release following receipt of the supplemental Pretrial Services Report.

**IT IS SO ORDERED.** DATED March 14, 2014.

___S/ JAMES P. HUTTON___
UNITED STATES MAGISTRATE JUDGE

ORDER - 1